UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JARYAN B. WASHINGTON | CIVIL ACTION |
| VERSUS | NUMBER: 15-1653 |
| SHERIFF MARLIN N. GUSMAN<br>ORLEANS PARISH SHERIFF<br>OFFICE (OPP)(O.P.S.O.) | SECTION: "I"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant's Rule 12(b)(6) motion is **GRANTED** and that Plaintiff's suit is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 25th day of August, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE